UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 01-8078 CR-HURLEY

18 U.S.C. 1001
18 U.S.C. 1503

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ELLINGTON,

    Defendant,

_____/

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 5, 2001, in West Palm Beach, in Palm Beach County, in the Southern District of Florida, the defendant,

RICHARD ELLINGTON,

did corruptly endeavor to influence, obstruct, and impede the due administration of justice, that is, knowing that he was the target of a federal grand jury investigation, RICHARD ELLINGTON did make false, fictitious and misleading statements to personnel from the

United States Department of Justice assisting in the grand jury investigation; in violation of Title 18, United States Code, Section 1503.

## COUNT TWO

On or about February 5, 2001, in West Palm Beach, in Palm Beach County, in the Southern District of Florida, the defendant,

RICHARD ELLINGTON,

in a matter within the jurisdiction of the executive branch of the Government, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation that (1) on June 19, 1997, he had no discussions with Lloyd Hasner about Hasner's potential receipt of a payment related to the Chelsea

Commons closing, and (2) from the time on June 19, 1997, when he found out that Lloyd Hasner might be receiving a payment relating to the Chelsea Commons closing until February 5, 2001, he never discussed this matter with Lloyd Hasner; in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY

_____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 01-8078

v.                                          CERTIFICATE OF TRIAL ATTORNEY LOCH

RICHARD ELLINGTON                           Superseding Case Information  JUDGE
                                                                          SELTZER

**Court Division:** (Select One)            New Defendant(s)         Yes ____   No ____
                                            Number of New Defendants ____
____ Miami    ____ Key West                 Total number of counts   ____
____ FTL   _X_ WPB  ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) No_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       _X_               Petty      ____
   II   6 to 10 days      ____              Minor      ____
   III  11 to 20 days     ____              Misdem.    ____
   IV   21 to 60 days     ____              Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) ____
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No  If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                              _____
                              BRUCE E. REINHART
                              ASSISTANT UNITED STATES ATTORNEY
                              Admin. No. A5500285

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: RICHARD ELLINGTON

Count #: 1     01-8078 CR-ZLOCH
              MAGISTRATE JUDGE
              SELTZER

*Max. Penalty: <u>5 Years Imprisonment; $250,000 Dollar Fine</u>

Count #2:

*Max. Penalty: <u>5 Years Imprisonment; $250,000 Dollar Fine</u>

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT

_Southern_ **District of** _Florida_

_Northern_ _____ **Division**

## THE UNITED STATES OF AMERICA

vs.

RICHARD ELLINGTON,

## INDICTMENT

18 USC 1001
18 USC 1503

_A true bill._

_____
_Foreman_

_Filed in open court this_ 29th _day_

_of_ May _, A.D. 20_ 01

_____
_Clerk_

Bail, $ _____

GPO 863 928