FILED by _____ D.C.

MAY 1 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-8078-CR-MARTINEZ/KLEIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD ELLINGTON,

      Defendant.

_____/

## ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant Richard Ellington.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Date: 13 May 2004

cc:  AUSA Bruce E. Reinhart
     U. S. Marshal Service
     Pretrial Services
     Theresa Van Vliet, Esq.
     Gregory W. Kehoe, Esq.