FILED by _HH_ D.C.
MAY 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CRIMINAL MINUTES FOR HON. JOSE E. MARTINEZ

Date: *May 13, 2004*   Case No. *01-8078-CR-JEM*
Clerk: *W. Holston*   Reporter *Larry Herr*
Probation Officer: ———   Interpreter: ———
U.S.A. vs. *Richard Ellington*

Defendant: PRESENT   **(NOT PRESENT)**   **(IN CUSTODY)**
U.S. Attorney: *Anthony Lacosta for Bruce Reinhart*
Defense Counsel: *Theresa Van Vliet*

Reason for hearing: *Calendar Call*

Result of hearing: *Hearing Held.*

*Court signed order to dismiss Indictment in open court.*

Misc.

Case continued to _____   Time _____   For _____


151/66